UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1299-1

| United States Of America | ) | |
| --- | --- | --- |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| Dossie T. Gray | ) | |

On July 13, 2011, Dossie T. Gray appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level-3), was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on September 14, 2011, the court finds as a fact that Dossie T. Gray, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall undergo placement in a residential reentry center for a period of 120 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

2. The defendant shall submit documentation to the satisfaction of the probation office that she is actively seeking employment or is employed.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 14th day of September, 2011.

James E. Gates
U.S. Magistrate Judge