UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:11-MJ-1299-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Dossie T. Gray** | ) | |

On July 13, 2011, Dossie T. Gray appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired Level -3 in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on November 3, 2011, the court finds as a fact that Dossie T. Gray, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1.  Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modification:

The defendant shall remain in custody until November 10, 2011, at which time she is to be released to the residential re-entry center as previously ordered.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 3rd day of November, 2011.

James E. Gates
United States Magistrate Judge